IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRUSADER INSURANCE COMPANY, | No. C 04-01975 MEJ |
| Plaintiff, | |
| vs. | **ORDER CLOSING FILE** |
| GREENWICH INSURANCE COMPANY, *et al.*, | |
| Defendant. | |

On September 14, 2005, the parties filed a Stipulation for Dismissal. Accordingly, the Clerk of Court shall closed the file.

**IT IS SO ORDERED**.

Dated: September 15, 2005

MARIA-ELENA JAMES
United States Magistrate Judge